IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH McANINCH and<br>SUSAN WINTERMUTE, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No. |
| v. | ) | 03-3285-CV-S-REL |
| | ) | |
| THE KANSAS BANKERS SURETY CO., | ) | |
| | ) | |
| Defendant. | ) | |

\_\_\_ **Jury Verdict(s).** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict(s).

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendant KBS's motion for summary judgment is granted as to all claims and all parties.

That plaintiff Joseph McAninch's motion for summary judgment is denied.

That plaintiff Susan Wintermute's motion for summary judgment is denied.

That all motions in limine and other pending motions in this case, documents numbers 195, 215, 203, 206, 208, 217, and 222, are denied as moot.

P. L. Brune, Clerk

/s/ Sue Anderson-Porter

Date: May 25, 2005        By Sue Anderson-Porter
                                              Deputy Clerk